```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JULIE LAMBERT,                                                         :
                                                                       :
                                Plaintiff,                             :
                                                                       :           21 Civ. 3919 (JPC)
                 -v-                                                   :
                                                                       :           ORDER
CAPITAL ONE BANK (USA), N.A.,                                          :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 14, 2021, Plaintiff filed a notice of voluntary dismissal with prejudice, pursuant to Rule 41(a)(1)(A)(i), as to Defendant Capital One Bank (USA), N.A. Dkt. 11. Accordingly, this case is dismissed with prejudice as to Defendant Capital One Bank (USA), N.A. Since the other Defendant, TransUnion LLC, has also been dismissed, Dkt. 16, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: November 30, 2021
      New York, New York

                                                                  JOHN P. CRONAN
                                                         United States District Judge